**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 00-cr-00348-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN P. WILLIAMS,

    Defendant.

___

**ORDER**
___

This case is before me on the Defendant's pro se Motion for Clarification of Sentence Imposed (Doc 285). The Government has filed a timely response to the motion.

Defendant was convicted in this case of multiple counts of writing threatening communications each of which carry a five-year statutory maximum term of imprisonment and a term of supervised release of up to three years. Defendant was sentenced to a term of imprisonment consecutive to the sentence that the Defendant was then serving and imposed a term of three years of supervised release concurrent with any other sentence and supervised release term he was then serving. As best gleaned from Defendant's motion, he contends that the three-year term of supervised release imposed in this case somehow limits the terms of supervised release imposed in *U.S. v. Williams*, CR-93-58-B and *U.S. v. Williams*, CR-95-9-B (Doc 285 at page 2). While all terms of supervised release will be served concurrently, the three-year term of supervised release imposed in

this case cannot cap or limit any longer term of supervised release properly imposed by another court. Accordingly, it is

ORDERED that the Defendant's Motion for Clarification of Sentence Imposed (Doc 285) is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: October 12, 2011